

```
LARRY GRAY
PMB #255, 4719 QUAIL LAKES DR., SUITE G
STOCKTON, CA  95207
(208) 853-1382
(209) 320-0665
CHAPTER 7 BANKRUPTCY TRUSTEE
```

FILED

MAR 1 8 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### Eastern DIVISION

| In re: | Case No. **04-91578** |
|---|---|
| BACK, CHARLES<br>BACK, CHRISTINE<br>AKA BACK O TOOL COMPANY<br><br>Debtor(s) | Chapter 7<br><br>**TURNOVER OF UNCLAIMED<br>DIVIDEND(S)**<br>[Bankruptcy Rule 3011] |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please find submitted herewith check number 111 in the amount of $1,678.54 representing the total amount of unclaimed dividend(s) in the above entitled estate. This amount is being paid over pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011. The names and addresses of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address<br>of Claimant | Claim<br>Amount | Dividend<br>Amount |
|---|---|---|---|
| SURPLUS | BACK, CHARLES<br>3101 CORI CT<br>TURLOCK, CA 95382-1211 | 1,678.54 | 1,678.54 |

                                       TOTAL CHECK AMOUNT:    $1,678.54

Dated: March 11, 2010

_____
LARRY GRAY, TRUSTEE